5-2 Jacoby Carbons v. United States